## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STEPHEN BUSHANSKY, Derivatively on Behalf of FIRST NBC BANK HOLDING COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ASHTON J. RYAN, JR., SHIVAN GOVINDAN, JOSEPH F. TOOMY, WILLIAM D. AARON, JR., WILLIAM M. CARROUCHE, LEANDER J. FOLEY, III, JOHN F. FRENCH, LEON L. GIORGIO, JR., LAWRENCE B. JONES, LOUIS V. LAURICELLA, MARK G. MERLO, and DR. CHARLES S. TEAMER, SR.,<br><br>Defendants,<br><br>and<br><br>FIRST NBC BANK HOLDING COMPANY, a Louisiana Corporation,<br><br>Nominal Defendant. | CASE NO. 2:17-cv-00457<br><br>JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stephen Bushansky, by his undersigned counsel, hereby voluntarily dismisses, without prejudice, this action against all Defendants.

DATED: January 31, 2017

/s/*Andrew A. Lemmon*
ANDREW A. LEMMON
Lemmon Law Firm, LLC

P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985/783-6789
985/783-1333 (fax)
andrew@lemonlawfirm.com

Joseph H. Weiss
David C. Katz
WEISSLAW LLP
1500 Broadway, 16th Floor
New York, NY 10036
Telephone: (212) 682-3025
Facsimile: (212) 209-2348
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2017, I electronically filed with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to the follow:

- **Andrew Allen Lemmon**
  andrew@lemmonlawfirm.com,court@lemmonlawfirm.com

I further certify that there are no non-CM/ECF participants that would require a first-class mailing of the foregoing document and notice of electronic filing.

/s/ *Andrew A. Lemmon*
ANDREW A. LEMMON (#18302)
LEMMON LAW FIRM, LLC
P.O. Box 904
15058 River Road
Hahnville, LA 70057
Telephone: 985/783-6789
985/783-1333 (fax)
andrew@lemonlawfirm.com